429 A.2d 762

Commonwealth v. Thompson, Appellant.

Submitted March 6, 1980. Larry E. Stone, Assistant Public Defender, for appellant; Marion E. MacIntyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Judgments of sentence affirmed.